UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 14-33403 |
| GLAS, LLC, | ) | Hon. Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor. | ) | |

## Certificate Of Service

I, Steven R. Radtke, hereby certify that on **April 14, 2016**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/  Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

GlasNFRCrtSrv

# SERVICE LIST
# GLAS LLC, DEBTOR
# CASE NO. 14-33403

Office of the United States Trustee
219 South Dearborn
Room 873
Chicago, IL 60604

Glas LLC
2727 W. Rascher Avenue, #2E
Chicago, IL 60625

David R Herzog
Herzog & Schwartz Pc
77 W Washington Suite 1717
Chicago, IL 60602

CT Land Trust Co.
as Successor Trustee u/t/a
RV011567 dated 07/1/99
c/o Mr. Rick Strilky
4225 North Lincoln Avenue
Chicago, IL 60618

GlasTFRSrvList