## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Glas, Llc | § | Case No. 14-33403 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 13,000.00
*(Without deducting any secured claims)*

Assets Exempt: 0.00

Total Distributions to Claimants:  68,430.63

Claims Discharged
Without Payment:  234,919.37

Total Expenses of Administration:  16,569.37

3) Total gross receipts of $ 85,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 85,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 16,569.37 | 16,569.37 | 16,569.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 66,750.00 | 320,845.11 | 236,600.00 | 68,430.63 |
| **TOTAL DISBURSEMENTS** | $ 66,750.00 | $ 337,414.48 | $ 253,169.37 | $ 85,000.00 |

4)  This case was originally filed under chapter 7 on  09/12/2014 .  The case was pending for 22 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/05/2016 _____      By:/s/STEVEN R. RADTKE_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Escrow account with Landlord | 1129-000 | 85,000.00 |
| TOTAL GROSS RECEIPTS | | $ 85,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 7,500.00 | 7,500.00 | 7,500.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 1.89 | 1.89 | 1.89 |
| STEVEN R. RADTKE | 3110-000 | NA | 8,737.50 | 8,737.50 | 8,737.50 |
| STEVEN R. RADTKE | 3120-000 | NA | 329.98 | 329.98 | 329.98 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 16,569.37 | $ 16,569.37 | $ 16,569.37 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Javier Mejia | | 56,750.00 | NA | NA | 0.00 |
| | Raymond Ostler | | 0.00 | NA | NA | 0.00 |
| | Rick Strilky as Successor Trustee u/t/n RV011567 | | 10,000.00 | NA | NA | 0.00 |
| 1 | Ct Land Trust Co., As Successor Trustee | 7100-000 | NA | 236,600.00 | 236,600.00 | 68,430.63 |
| 3 | Glasmiris Mateo | 7100-000 | NA | 25,000.00 | 0.00 | 0.00 |
| 4 | Javier Mejia | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | Nicole Abreu | 7100-000 | NA | 59,245.11 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 66,750.00 | $ 320,845.11 | $ 236,600.00 | $ 68,430.63 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-33403 | DLT | Judge: | Deborah L. Thorne | | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|---|
| Case Name: | Glas, Llc | | | | | Date Filed (f) or Converted (c): | 09/12/2014 (f) |
| | | | | | | 341(a) Meeting Date: | 11/03/2014 |
| For Period Ending: | 07/05/2016 | | | | | Claims Bar Date: | 05/22/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Security Deposit with Landlord | 13,000.00 | 13,000.00 | | 0.00 | FA |
| 2. Escrow account with Landlord | 85,000.00 | 85,000.00 | | 85,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $98,000.00          $98,000.00          $85,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/2016  Waiting for checks to clear (TDR sent to UST for approval on 7/5/16)

4/14/16  Hearing on TFR set for 5/17/16

3/2016 Parties resolved issues as to possible objections to claims and Claim Nos. 2, 3 and 4 were withdrawn on 3/23/16

2/3/16 Trustee preparing fee application and TFR once dispute between landlord and Debtor's principals is resolved

1/4/16 $85,000 escrow funds received and deposited

Trustee is negotiating with parties to resolve claims to $85,000 held in escrow

Initial Projected Date of Final Report (TFR): 06/30/2017          Current Projected Date of Final Report (TFR): 06/30/2017

Case 14-33403   Doc 39   Filed 07/11/16   Entered 07/11/16 14:21:20   Desc Main
Document    Page 7 of 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 14-33403 | Trustee Name: STEVEN R. RADTKE | Exhibit 9 |
| Case Name: Glas, Llc | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX5745 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0964 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 07/05/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/04/16 | 2 | Joseph J. McGinnis<br>Attorney at Law<br>IOLTA Client Trust Fund<br>5849 W Lawrence Ave<br>Chicago, IL 60630 | Escrow Account with Landlord | 1129-000 | $85,000.00 | | $85,000.00 |
| 05/23/16 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br><br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $7,500.00 | $77,500.00 |
| 05/23/16 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br><br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $1.89 | $77,498.11 |
| 05/23/16 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br><br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $8,737.50 | $68,760.61 |
| 05/23/16 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br><br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $329.98 | $68,430.63 |
| 05/23/16 | 1005 | Ct Land Trust Co., As Successor Trustee U/T/A Rv011567 Dated 07/01/99<br>C/O Mr. Rick Strilky<br>4225 North Lincoln Avenue<br>Chicago, Il 60618 | Final distribution to claim 1 representing a payment of 28.92 % per court order. | 7100-000 | | $68,430.63 | $0.00 |

|  |  | Page Subtotals: | | | $85,000.00 | $85,000.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Exhibit 9

| | | |
|---|---|---|
| COLUMN TOTALS | $85,000.00 | $85,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $85,000.00 | $85,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $85,000.00 | $85,000.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5745 - Checking | $85,000.00 | $85,000.00 | $0.00 |
| | $85,000.00 | $85,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $85,000.00 |
| Total Gross Receipts: | $85,000.00 |

Page Subtotals:                                          $0.00            $0.00